## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   v.<br><br>PAUL JACKSON,<br><br>     Defendant. | Criminal Action No. CR88-0040-A |

## DEFENDANT'S MOTION TO OBTAIN
## PRESENTENCE REPORT

Defendant respectfully moves for an order allowing his counsel in separate litigation to obtain a copy of the presentence report relating to him that was filed in this case in 1988 (the "Presentence Report"). In support thereof, Defendant states as follows:

1. Defendant is currently engaged in separate litigation in which the Dechert law firm serves as his counsel.

2. In connection with that separate litigation, Defendant has requested that Dechert obtain a copy of the Presentence Report.

3. The clerk's office has informed Dechert that, because the Presentence Report was filed under seal, Dechert will need to submit an order of this Court in order to obtain a copy.

1

4.      Rule 32(i)(1)(A), Fed. R. Crim. P., provides that a defendant is entitled to a copy of his own presentence report.

5.      Attached is a signed and notarized statement by Defendant that authorizes the release of the Presentence Report to Dechert (Attachment A).

6.      Also attached is a proposed order allowing Dechert to obtain a copy of the Presentence Report (together with a self-addressed, stamped envelope for return of a copy of the signed order) (Attachment B).

For the foregoing reasons, Defendant respectfully requests that the Court enter the proposed order.


Dated:  August 11, 2017


By:  _____

Craig G. Falls (VSB #72926)
DECHERT LLP
1900 K Street NW
Washington, D.C. 20006
Phone: (202) 261-3373
Facsimile: (202) 261-3034
craig.falls@dechert.com

Joseph Patrick Archie
Sarah Magen
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104

Attorneys for Defendant
**PAUL JACKSON**

2

## CERTIFICATE OF SERVICE

I certify that I will serve in hand on August 11, 2017 a copy of the foregoing

motion on the United States Attorney's Office for the Eastern District of Virginia.

CRAIG G. FALLS

August 11, 2017                         Attorney for Defendant
                                        **PAUL JACKSON**

3

## AUTHORIZATION

I, Paul Eccleston Jackson (born October 6, 1967), hereby authorize the United States District Court for the Eastern District of Virginia to provide to my attorneys, Joseph Patrick Archie and Sara Magen of Dechert LLP, a complete copy of the Presentence Report relating to me that was filed in 1988 in Case No. CR88-0040-A (E.D. Va.).

08-10-2017
_____
Date

_____
Paul Eccleston Jackson

Sworn and subscribed to before
me this 10th _____ day of
August _____, 2017

_____
Notary Public

REMY L.H. BRACEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2022