# Dechert
LLP

1900 K Street, NW
Washington, DC 20006-1110
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

CRAIG G. FALLS

craig.falls@dechert.com
+1 202 261 3373 Direct

2017 AUG 11 P 4:32

ERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

August 11, 2017

**VIA HAND DELIVERY**

Clerk's Office
United States District Court Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Re:     <u>Criminal Action No. CR88-0040-A</u>

To whom it may concern,

This afternoon, my paralegal spoke with the Clerk for criminal cases, and confirmed that we are to file the enclosed motion in paper because the case is from 1988 and therefore predates and is exempt from electronic case filing. Enclosed please find the original Defendant's Motion to Obtain Presentence Report and corresponding Certificate of Service, Authorization, and Proposed Order, and a Chambers Copy of the same.

Thank you,

Craig Falls